# MEMO ENDORSED

**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

November 10, 2022

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Defendant's request for an extension to respond to the complaint by January 5, 2023 is granted. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: November 16, 2022
> New York, New York

**Re:** *Zarzuela v. InforMed Data Systems Inc.*
**Case No. 1:22-cv-09023-ER (BCM)**

**Defendant InforMed Data Systems Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Moses:

We represent Defendant InforMed Data Systems Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until January 5, 2023. The current date by which a response to the Complaint is due is November 21, 2022. The parties are discussing resolution and ask for additional time to respond to continue that discussion and due to defendant counsel's family leave and the upcoming holidays. Defendant's counsel has conferred with counsel for the plaintiff, who consents to this request. Defendant has made no previous request for an extension in this matter.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

DCH:llm

cc:   All Counsel of Record (via ECF)

159023265.1
Perkins Coie LLP