

December 14, 2022     **MEMO ENDORSED**     Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Defendant's request to respond to the complaint by February 6, 2023 is granted.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: December 19, 2022
> New York, New York

Re:    *Zarzuela v. InforMed Data Systems Inc.*
       Case No. 1:22-cv-09023-ER (BCM)

**Defendant InforMed Data Systems Inc.'s Request for Extension of Time to Respond to the Complaint**

Dear Judge Moses:

We represent Defendant InforMed Data Systems Inc. ("Defendant") in the above-referenced action. We write to request an extension of time to respond to the Complaint in this action until February 6, 2023. The original date to respond to the Complaint was November 21, 2022. The current date by which a response to the Complaint is due is January 5, 2023.

The parties are discussing settlement, and have made good progress, and would like additional time to respond in order to continue that discussion. Defendant's counsel has conferred with counsel for the Plaintiff, who consents to this request. This is Defendant's second request for an extension of time in this matter. Defendant's first request was filed on November 10, 2022, and was granted on November 16, 2022. Defendant's first request was made to allow for the parties to have additional time to discuss resolution and due to Defendant counsel's family leave and the holidays.

Thank you for your consideration.

Very truly yours,

*/s/ Dennis Hopkins*
Dennis Hopkins

cc:     All Counsel of Record (via ECF)

159527180.1
Perkins Coie LLP